3:23-mj-00172

UNITED STATES OF AMERICA )
                               )    AFFIDAVIT OF NATHAN MILLER
DISTRICT OF OREGON       )

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Nathan Miller, being first duly sworn, do hereby depose and say:

**Introduction and Agent Background**

1. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been since July 2014. My current assignment is to the Portland, Oregon Field Office. My training includes twenty-seven (27) weeks of Criminal Investigator and ATF Special Agent Basic Training at the Federal Law Enforcement Training Center in Glynco, Georgia. As a Special Agent with ATF, part of my duties and responsibilities include conducting criminal investigations for possible violations of federal firearms, explosives, and arson laws.

2. I submit this affidavit in support of a criminal complaint and arrest warrant for Rene Maurice **Chandler** (DOB: XX/XX/1988). The arrest warrant is requested for unlawful possession for a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1).

**Applicable Laws**

3. Title 18 U.S.C. § 922(g)(1) provides that it shall be unlawful for any person who has been convicted in any court of; a crime punishable by imprisonment for a term exceeding one year; to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

**Statement of Probable Cause**

4. The following information, facts, and occurrences are the result of my knowledge, an ongoing investigation, conversations with other law enforcement officers, and from my review of

reports related to this investigation. This affidavit is intended to show there is probable cause for the requested criminal complaint and arrest warrant and does not purport to set forth all of my knowledge of, or investigation into this matter.

## Arrest of Rene Chandler

5. On September 27, 2023, United States Marshalls Service Deputies developed information that Rene Maurice **Chandler** (DOB: XX/XX/1988), a fugitive, was associated to the South Waterfront Heated Storage business, located at 680 SW Bancroft St, Portland Oregon, and was currently driving a 2017 black Range Rover with no license plate. The storage unit and vehicle were associated to **Chandler** via and identity theft case being investigated by Portland Police Bureau (case: 2023-254144). USMS reported **Chandler** had the following warrants issued for his arrest:

- Wanted - CHANDLER, Rene Maurice #W527039043, Theft case: #GV21006462, Date of Warrant (DOW) 07/21/2022, Sheriff's Office Centennial Colorado.

- Wanted - CHANDLER, Rene Maurice #W430806020, Bribery case: #22W-14913, Date of Warrant (DOW) 11/07/2022, Sheriff's Office Brighton Colorado.

- Wanted - CHANDLER, Rene Maurice #2022-000103, Theft case $5000 - $20,000 #23CR16 Date of Warrant (DOW) 1/20/2023, Eagle County, Colorado.

- Wanted- CHANDLER, Rene Maurice #W090866869, Sex Offense case (offenses involving multiple counts of Aggravated Sex Assault/Bodily Harm, as well as Robbery and Escape/Violation of Electronic Monitoring): W20E0004, Date of Warrant (DOW) 4/30/2020, Cook County Sheriff's Office, Illinois.

6. At approximately 1630 hours, USMS Deputies positively identified **Chandler** outside of the Grand Prix Auto Spa, located at 1233 SW 17th Ave, Portland, Oregon. Deputies were able to

identify **Chandler** based upon pictures provided by the law enforcement agencies trying to apprehend him. **Chandler** was outside of the store and his black range rover was inside the store garage. USMS Deputy J. Lobell reported as USMS Deputies were taking **Chandler** into custody, **Chandler** attempted to reach into a black bag strapped across his chest and also resisted being arrested. USMS Deputies ended up tasing **Chandler**. As USMS Deputies gained control of **Chandler** they observed a pistol inside of the open pocket of the bag that **Chandler** was reaching into when he was being arrested. Arresting USMS Deputies announced there was a firearm in the bag during the arrest for officer safety purposes and **Chandler** also acknowledged verbally there was a gun in the bag.

7. USMS removed the bag from **Chandler's** person and searched it incident to his arrest. Deputies recovered a Springfield Armory pistol, model hellcat, 9mm, SN: BA244648, loaded with 6 rounds in the magazine and 1 round in the chamber of the firearm.

8. USMS subsequently contacted Portland Police Bureau (PPB) who transported **Chandler** to the Multnomah County Jail and booked him on his aforementioned outstanding warrants.

### Criminal History

9. I have reviewed a computerized criminal history for Rene Maurice **Chandler** (DOB: XX/XX/1988). The review revealed **Chandler** has the following felony convictions:

- 2014, Possession of Fraudulent ID Cards, Cook County Circuit Court, State of Chicago, case number: 2014CR0474801, sentenced to one year incarceration.

- 2014, Aggravated Fleeing, Cook County Circuit Court, State of Chicago, case number: 2014C55035801, sentenced to one year incarceration.

- 2014, Alter Credit/Debit Card, Cook County Circuit Court, State of Chicago, case number: 2014CR2034901, sentenced to one year incarceration.

10. On September 30, 2023, I spoke with Cook County, Chicago, Illinois State Prosecutor L. Sterba who informed me **Chandler's** sentencing guideline exposure for case 2014CR2034901 ranged from two to five years of incarceration.

### Knowledge of Prohibited Status

11. As listed above, **Chandler** has three prior felony convictions where he would have been advised by the Cook County Circuit Court of his firearm prohibition.

### Interstate Nexus

12. I am familiar with Springfield firearms and based on its reported description, the Springfield Armory pistol, model Hellcat, 9mm, SN BA244649 was not manufactured in the State of Oregon, and thus had traveled in interstate commerce.

///

///

///

## Conclusion

13. Based on the foregoing, I have probable cause to believe, and I do believe, Rene Maurice **Chandler** unlawfully possessed a firearm in violation of Title 18 U.S.C. § 922(g)(1). I therefore request that the Court issue a criminal complaint and arrest warrant for **Chandler**.

14. Prior to being submitted to the Court, this affidavit and accompanying criminal complaint and arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Scott Kerin. AUSA Kerin advised me that in his opinion, the affidavit and criminal complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

<u>By phone pursuant to Fed R. Crim. P. 4.1</u>
NATHAN MILLER
Special Agent
Bureau of Alcohol, Tobacco
Firearms and Explosives

Sworn to by telephone or other reliable means at 3:53 p.m. in accordance with Fed. R. Crim. P.4.1 this 30th day of September 2023.

*Youlee Yim You*
_____
HONORABLE YOULEE YIM YOU
UNITED STATES MAGISTRATE JUDGE