**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**UNITED STATES OF AMERICA**

**v.**

**RENE MAURICE CHANDLER,**

**Defendant.**

**3:23-cr-00352-AN**

**ORDER DISMISSING INDICTMENT**

Based on the government's motion, pursuant to Fed. R. Crim. P 48(a), it is hereby ordered that the indictment filed on November 1, 2023 in the above-entitled case be dismissed with prejudice.

Dated: August 23, 2024

Adrienne Nelson
HONORABLE ADRIENNE NELSON
United States District Judge

Presented by:

NATALIE K. WIGHT
United States Attorney

*/s/ Scott M. Kerin*
SCOTT M. KERIN, OSB #965128
Assistant United States Attorney